UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JULY 28, 2021 SESSION



UNITED STATES OF AMERICA

v.               CRIMINAL NO. 1:21-cr-00110
                                    18 U.S.C. § 1791(a)(2)
                                    18 U.S.C. § 1791(b)(3)

RONDALE FAULKNER

### I N D I C T M E N T
(Inmate in Possession of a Weapon)

The Grand Jury Charges:

On or about September 26, 2020, at or near Welch, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant RONDALE FAULKNER, being an inmate of a prison, that is, the Federal Correctional Institution at McDowell, did knowingly and unlawfully possess a prohibited object as defined by 18 U.S.C. § 1791(d)(1)(B), that is, a handcrafted object with a sharpened point known as a "shank," an object that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

LISA G. JOHNSTON
Acting United States Attorney

By: /s/ Timothy D. Boggess
TIMOTHY D. BOGGESS
Assistant United States Attorney